Terrence J. Coleman, Esq.
E-mail: tcoleman@pillsburylevinson.com
Michael J. Quirk, Esq.
E-mail: mquirk@pillsburylevinson.com
PILLSBURY, LEVINSON & COLEMAN, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Tel: 415.433-8000 Fax: 415.433.4816

Attorneys for Plaintiff Kathleen A. Stout

Edith S. Shea, Esq.
E-MAIL: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants Hartford Life and Accident Insurance Company and Amazon.com Holding, Inc. Long-Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| KATHLEEN A. STOUT, | Case No. 3:14-cv-01111 JCS |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDING, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive, | **Complaint Served: 3/11/14** <br> **Current Response Date: 4/1/14** <br> **New Response Date: 04/15/14** |
| Defendants | |

/ / /

/ / /

/ / /

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4836-0050-2554 v1        - 1 -        CASE NO. 3:14-CV-01111 JCS
STIPULATION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING

   IT IS HEREBY STIPULATED by and between Plaintiff Kathleen A. Stout and Defendants Hartford Life and Accident Insurance Company and Amazon.com Holding, Inc. Long-Term Disability Plan, by and through their respective counsel, that said Defendants have an extension of time and must answer or otherwise respond to Plaintiff's Complaint on or before April 15, 2014.  This stipulation is filed pursuant to Local Rule 6-1(a)

   This stipulation is made to allow additional time for the parties to complete settlement discussions and/or to have Defendant's counsel review this matter and prepare a response.

Dated:  April 1, 2014    PILLSBURY, LEVINSON & COLEMAN, LLP
Terrence J. Coleman
Michael J. Quirk


By */s/ Michael J Quirk* [as authorized on 4/1/14]
Michael J. Quirk
Attorneys for Plaintiff Kathleen A. Stout

Dated:  April 1, 2014    BURKE, WILLIAMS & SORENSEN, LLP
Edith S. Shea

Dated: 4/3/14

By: */s/ Edith S. Shea*
Edith S. Shea
Attorneys for Defendants Hartford Life and Accident Insurance Company and Amazon.com Holding, Inc. Long-Term Disability Plan

IT IS SO ORDERED
Judge Joseph C. Spero