Terrence J. Coleman    (State Bar No. 172183)
Michael J. Quirk       (State Bar No. 283351)
PILLSBURY & COLEMAN, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburycoleman.com
       mquirk@pillsburycoleman.com

Attorneys for Plaintiff
KATHLEEN A. STOUT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. STOUT,<br><br>  Plaintiff,<br><br>  vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AMAZON.COM HOLDING, INC. LONG TERM DISABILITY PLAN; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No. CV14-01111 WHO<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, it is hereby ORDERED that this case is dismissed with prejudice, in its entirety, as to all parties, with each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: May 27, 2014

_____
The Hon. William H. Orrick
Judge of the U.S. District Court

LA #4817-8308-1499 v1

-1-

ORDER FOR DISMISSAL OF ENTIRE ACTION                                Case No. CV14-01111-WHO